IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00085-RPM

STEPHANIE and BRYAN NUGENT,

    Plaintiff,

v.

MEREDITH S. CASSIDY, M.D.,

    Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

    This Court having determined that this case is now ready to be scheduled for a pretrial conference, it is

    ORDERED that a pretrial conference is scheduled for **January 21, 2009, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 15, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated:  December 10, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge