IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00085-RPM

STEPHANIE and BRYAN NUGENT,

    Plaintiff,

v.

MEREDITH S. CASSIDY, M.D.,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference conducted on March 20, 2009, it is

ORDERED that this matter is set for trial to jury on **September 14, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    Dated: March 24, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge