IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00085-RPM

STEPHANIE NUGENT and
BRYAN NUGENT,

    Plaintiffs,

v.

MEREDITH S. CASSIDY, M.D.

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on September 14, 2009, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 22nd day of September, 2009.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFFS               ATTORNEY FOR DEFENDANT