IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00085-RPM

STEPHANIE and BRYAN NUGENT,

    Plaintiff,

v.

MEREDITH S. CASSIDY, M.D.,

    Defendant.

---

ORDER DENYING PLAINTIFFS' MOTION FOR NEW TRIAL

---

Upon consideration of the Plaintiffs' Motion for New Trial Due to Improper Jury Instruction, filed October 6, 2009, and the defendant's reply, filed October 23, 2009, it is

ORDERED that the motion for new trial is denied.

Dated:  October 27, 2009

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge